IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-047-RJC-DCK

| | |
|---|---|
| FRANCES TYBURSKI, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by John W. Sulau, concerning Robert M. Wood on March 31, 2016. Mr. Robert M. Wood seeks to appear as counsel *pro hac vice* for Defendant Liberty Life Assurance Company of Boston. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.** Mr. Robert M. Wood is hereby admitted *pro hac vice* to represent Defendant Liberty Life Assurance Company of Boston.

**SO ORDERED**.

Signed: March 31, 2016

David C. Keesler
United States Magistrate Judge